UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PETER MORGAN,

       Plaintiff,                                   Case No. 14-11006

                                                    Paul D. Borman
v.                                                  United States District Judge

COMMISSIONER OF SOCIAL                  R. Steven Whalen
SECURITY,                                         United States Magistrate Judge

       Defendant.
_____/

<u>ORDER (1) ADOPTING MAGISTRATE JUDGE R. STEVEN WHALEN'S AUGUST 12, 2015
REPORT AND RECOMMENDATION RE: ATTORNEY FEES (ECF NO. 31), and
(2) GRANTING IN PART PLAINTIFF'S PETITION FOR ATTORNEY FEES (ECF NO. 27)</u>

     On August 12, 2015, Magistrate Judge R. Steven Whalen filed a Report and Recommendation to Grant in Part Plaintiff's Petition for Attorney Fees. (ECF No. 31.) Having reviewed the Report and Recommendation, and there being no timely objections from either party under 28 U.S.C. § 636(b)(1) and E.D. Mich L. R. 72.1(d), the Court ADOPTS the Report and Recommendation, GRANTS IN PART Plaintiff's Petition for Attorney Fees under the Equal Access to Justice Act, and AWARDS FEES in the amount of $8,002.58.

IT IS SO ORDERED.

                                                               s/Paul D. Borman
                                                               PAUL D. BORMAN
                                                               UNITED STATES DISTRICT JUDGE

Dated: September 16, 2015

CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on September 16, 2015.

                    s/Deborah Tofil
                    Case Manager